IL

1:24-cv-07634

FILED
SEP 27 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# Motion for New, Unbiased Judge Assigned to Case and Review of IFP Application Based On New Documents Submitted

9-27-2024

---

I have submitted new evidence, as well as the complaint filed against Steven Seeger etc. It is illegal for Steven Seeger to be "randomly assigned" to 3 of my cases. I am being targetted illegally, unfairly and I am being denied Court Fee Waivers even though I am legally entitled to Court Fee Waivers based on my Poverty level (documents enclosed) and SNAP food stamps that I receive.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*Rose Meacham*

(full name of plaintiff or petitioner)

vs.

*Illinois Courts etc.*

(full name of defendant(s) or respondent(s))

APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(NON-PRISONER CASE)

Case number: *1:24-cv-07634*

**Instructions**: Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application**: I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[X] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[X] to request an attorney

1. *Are you employed?*
   [X] Yes   Name and address of employer: *Albertsons Inc.*
             Total amount of monthly take-home pay: *roughly $1100 monthly*
   [ ] No    Date(s) of last employment: _____ Last monthly take-home pay: _____

2. *If married, is your spouse employed?* [X] Not married
   [ ] Yes   Name and address of spouse's employer: _____
             Total amount of spouse's monthly take-home pay: _____
   [ ] No    Date(s) of spouse's last employment: _____ Spouse's last monthly take-home pay: _____

3. *Other sources of income / money*: For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (list the 12-month total for each)

   Self-employment, business, or profession:                              $ _____
   Income from interest or dividends:                                     $ _____
   Income from rent payments:                                             $ _____
   Pensions, annuities, or life insurance:                                $ _____
   Disability or worker's compensation:                                   $ _____
   Gifts (including deposits into any accounts in your name):             $ _____
   Unemployment, public assistance, or welfare:                           $ _____
   Settlements or judgments (include any that are expected):              $ _____
   **Any other source of money**:                                         $ _____

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ☐ Yes ☒ No  If yes, how much? _$0_

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If yes, list each item of property and state its approximate value:

   _____
   _____
   _____

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ☐ Yes ☒ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _____
   _____

7. *Debts and financial obligations*: List any amounts you owe to others:

   I owe over $480,000 in student loans which Steven Seeger is aware of due to his ruling over another

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:

   I am asking my loans be waived in full, in another case that Steven is illegally shutting down and now

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: _____

Applicant's signature: _Rose Meachan_
Printed name

[Handwritten marginal notes surrounding signature area:]

case continuing the loan demanding errors I pay other loans where my loans were illegally put into default by mistake because I was studying fulltime overseas in England. I cannot afford to pay these court fees it is a necessity to me by rapists, abusers who are defendants in my other cases.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Consent to Exercise of Jurisdiction
## By a United States Magistrate Judge

Case Title: Rose Meacham v. Illinois Courts etc.,

Case Number: 1:24-cv-07634

Assigned Judge: Steven Seeger

Designated Magistrate Judge:

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72.1, the undersigned may object within 21 days of such reassignment. If a timely objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending. If no objection has been filed within 21 days, the parties will be deemed to have consented to the reassignment.

Date: 9-27-24  By: [signature]  Name of Party or Parties: Rose Meacham

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.