# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Rose Meacham
                Plaintiff,

v.                                         Case No.: 1:24−cv−07634
                                                                    Honorable Steven C. Seeger

Illinois Courts, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for a refund (Dckt. No. [14]) is hereby denied. Plaintiff's two motions for a new judge (Dckt. Nos. [15], [16]) are hereby denied. This Court previously referred Meacham to the Executive Committee for designation as a restricted filer in another case (23−cv−15882). Plaintiff is a repeat filer, including at least two other cases on this Court's docket. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.