Case: 1:24-cv-07634 Document #: 20 Filed: 01/31/25 Page 1 of 1 PageID #:509

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ROSE MEACHAM,

Plaintiff,

v.

ILLINOIS COURTS et al.,

Defendant.

Case No. 24-CV-7634

Hon. Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

    which ☐ includes     pre–judgment interest.
             ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Plaintiff failed to comply with this Court's Order (Dckt. No. [8]). This case is hereby dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge Steven C. Seeger presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger see Order (Dckt. No. [19]).

Date: 1/31/2025

Thomas G. Bruton, Clerk of Court

Jessica J. Ramos, Deputy Clerk